**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL PHOTO GROUP, LLC, | CASE NO. CV 13-06909-RGK (MRWx) |
| Plaintiff(s), | |
| vs. | **ORDER REMOVING MATTER FROM** |
| PREVAL GROUP, LLC, | **COURT'S ACTIVE CASELOAD** |
| Defendant(s). | |

In light of the September 20, 2013 Chapter 7 Bankruptcy filed by defendant Preval Group, LLC, the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

**IT IS SO ORDERED.**

DATED: February 6, 2014

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**